**Sanjay S. Schmidt (SBN 247475)**
**Alex Feigen Fasteau (SBN 213044)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

**Denise Pereira (SBN 241748)**
**PEREIRA LAW, APC**
3522 Deer Park Dr., Ste. B
Stockton, CA 95219
T: (209) 425-3425
F: (209) 599-0101
denise@pereira-law.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCELO ORTEGA** and **SOPHIA ORTEGA**,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF STOCKTON**, a municipal corporation; City of Stockton Police Department Detective **ANTHONY COOPER JR.**; and DOES 1–50, jointly and severally,<br><br>Defendants. | Case No. 2:25-cv-03736-DJC-CKD<br><br>**STIPULATION AND ORDER FOR THE FILING BY PLAINTIFFS OF A FIRST AMENDED COMPLAINT** |

Plaintiffs MARCELO ORTEGA and SOPHIA ORTEGA, and Defendants CITY OF STOCKTON and ANTHONY COOPER ("the Parties"), by and through their undersigned counsel of record, respectfully stipulate as follows:

Counsel for the Parties have met and conferred regarding certain issues raised in

*Marcelo Ortega and Sophia Ortega v. City of Stockton, et al.*
Stipulation and Order for the Filing of a FAC
Case No. 2:25-cv-03736-DJC-CKD

1

Defendants' Federal Rule of Civil Procedure 12(b)(6) motion to dismiss, ECF No. 10. Plaintiffs' counsel requires time to investigate and research certain issues raised in the motion. And Plaintiffs will be filing a First Amended Complaint, in lieu of responding to the Defendants' pending motion to dismiss, which will render the pending motion moot.

Based on the foregoing, the Parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Eastern District Local Rule 144(a), that Plaintiffs may have until April 15, 2026, to file a First Amended Complaint.

Since the First Amended Complaint will render the pending motion moot, the motion is withdrawn without prejudice, and given that Plaintiffs will be filing a First Amended Complaint, Plaintiffs need not file an opposition to Defendants' motion to dismiss by March 25, 2026.

Defendants reserve their right to file any responsive pleading they deem appropriate to the First Amended Complaint, including a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss.

IT IS SO STIPULATED AND AGREED.

Dated: March 26, 2026

Respectfully submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
-and-
**PEREIRA LAW, APC**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorney for Plaintiffs

Dated: March 26, 2026

**ORBACH HUFF & HENDERSON LLP**

*/s/ Kevin E. Gilbert*
By: KEVIN E. GILBERT
Attorney for CITY Defendants

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

*Marcelo Ortega and Sophia Ortega v. City of Stockton, et al.*
Stipulation and Order for the Filing of a FAC
Case No. 2:25-cv-03736-DJC-CKD

2

## ORDER

Having read the stipulation of the Parties, by and through their respective attorneys of record, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs need not file an opposition to Defendants' motion to dismiss by March 25, 2026, which will be rendered moot by the pending First Amended Complaint.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Eastern District Local Rule 144(a), Plaintiffs may have until April 15, 20256, to file a First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  March 26, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*Marcelo Ortega and Sophia Ortega v. City of Stockton, et al.*
Stipulation and Order for the Filing of a FAC
Case No. 2:25-cv-03736-DJC-CKD

3