**Sanjay S. Schmidt (SBN 247475)**
**Alex Feigen Fasteau (SBN 213044)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

**Denise Pereira (SBN 241748)**
**PEREIRA LAW, APC**
3522 Deer Park Dr., Ste. B
Stockton, CA 95219
T: (209) 425-3425
F: (209) 599-0101
denise@pereira-law.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **MARCELO ORTEGA** and **SOPHIA ORTEGA**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF STOCKTON**, a municipal corporation; City of Stockton Police Department Detective **ANTHONY COOPER JR.**; and DOES 1–50, jointly and severally, <br><br> Defendants. | Case No. 2:25-cv-03736-DJC-CKD <br><br> **STIPULATION AND ORDER FOR STAY OF CASE IN VIEW OF DEATH OF PLAINTIFF MARCELO ORTEGA AND STATUS CONFERENCE** |

Co-Plaintiff SOPHIA ORTEGA and Defendants CITY OF STOCKTON and ANTHONY COOPER ("the Parties"), by and through their undersigned counsel of record, respectfully stipulate and request the Court Order as follows:

As noted in Plaintiffs' Notification of Death of Plaintiff Marcelo Ortega ("Decedent"),

*Marcelo Ortega and Sophia Ortega v. City of Stockton, et al.*
Stipulation and Order for Stay
Case No. 2:25-cv-03736-DJC-CKD

1

ECF No. 18, Decedent Marcelo Ortega very recently suffered a tragic death.

After learning of this, the undersigned co-counsel for Plaintiffs notified defense counsel, and counsel for the Parties met and conferred regarding certain issues raised by Plaintiff Marcelo Ortega's death.

Plaintiffs' counsel requires time to: obtain from Plaintiff Sophia Ortega or an authorized successor in interest a legally effective statement noting the death of Plaintiff Marcelo Ortega (Decedent); serve the statement noting the death on the parties, under Federal Rule Civil Procedure 5(b), and on the non-party representatives, under Federal Rule Civil Procedure 4; identify non-party representative co-successors in interest to Decedent, pursuant to California Code of Civil Procedure § 377.11, and ascertain how they would like to proceed; and move to substitute the proper parties in Decedent's stead, within 90 days of service of the statement noting his death, in accordance with Federal Rule of Civil Procedure 25(a)(1).

Once all the above is complete, briefing on the pending motion to dismiss, ECF No. 16, can resume.

Based on the foregoing, the Parties stipulate and respectfully request that the Court stay all proceedings in this action, including the briefing and hearing on Defendants' Motion to Dismiss, to allow time for the Decedent's successors in interest to be identified, a legally authorized statement noting Decedent's death to be filed, and a motion to substitute the proper parties in place of the Decedent. The Parties stipulate that Plaintiffs may request the stay be lifted and the proceedings resume after a substitution of the proper party or parties has been effectuated in accordance with Federal Rule of Civil Procedure 25(a)(1).

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: May 12, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT**
**-and-**
**PEREIRA LAW, APC**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT

*Marcelo Ortega and Sophia Ortega v. City of Stockton, et al.*
Stipulation and Order for Stay
Case No. 2:25-cv-03736-DJC-CKD

2

Attorney for Plaintiffs

Dated: May 12, 2026                    **ORBACH HUFF & HENDERSON LLP**

*/s/ Kevin E. Gilbert*\
By: KEVIN E. GILBERT\
Attorney for CITY Defendants

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

*Marcelo Ortega and Sophia Ortega v. City of Stockton, et al.*
Stipulation and Order for Stay
Case No. 2:25-cv-03736-DJC-CKD

3

**ORDER**

Counsel for Plaintiffs have filed a Notification of the Death of Plaintiff Marcelo Ortega. ECF No. 18. There is a pending motion to dismiss, ECF No. 16, with a hearing date of July 9, 2026. *Id.* Plaintiffs request sufficient time for the Decedent's successors in interest to be identified and contacted, followed by the filing of a legally authorized statement noting the death of Decedent, followed by a motion to substitute the proper party or parties in place of the Decedent, Co-Plaintiff Marcelo Ortega.

Having read the stipulation of the Parties, by and through their respective attorneys of record, and good cause appearing therefor,

IT IS HEREBY ORDERED that all proceedings and deadlines in this action are stayed, including the motion and briefing associated with the pending motion to dismiss (and the July 9, 2026, hearing date on the motion is vacated), until Decedent's successors in interest are located, a legally effective statement noting his death is filed, and a motion to substitute the proper parties in place of Decedent has been granted.

On or before September 1, 2026, the Parties shall file a status report, which includes stipulated new dates for the briefing on the pending motion to be completed and a new date for pending motion to be heard.

**IT IS SO ORDERED.**

Dated:  May 12, 2026                    /s/ Daniel J. Calabretta
_____
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

*Marcelo Ortega and Sophia Ortega v. City of Stockton, et al.*
Stipulation and Order for Stay
Case No. 2:25-cv-03736-DJC-CKD

4