**Sanjay S. Schmidt (SBN 247475)**
**Alex Feigen Fasteau (SBN 213044)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

**Denise Pereira (SBN 241748)**
**PEREIRA LAW, APC**
3522 Deer Park Dr., Ste. B
Stockton, CA 95219
T: (209) 425-3425
F: (209) 599-0101
denise@pereira-law.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

**MARCELO ORTEGA** and **SOPHIA ORTEGA**,

Plaintiffs,

v.

**CITY OF STOCKTON**, a municipal corporation; City of Stockton Police Department Detective **ANTHONY COOPER JR.**; and DOES 1–50, jointly and severally,

Defendants.

Case No. 2:25-cv-03736-DJC-CKD

**JOINT REPORT REGARDING STATUS OF STAY OF CASE IN VIEW OF DEATH OF PLAINTIFF MARCELO ORTEGA; ORDER**

Co-Plaintiff SOPHIA ORTEGA and Defendants CITY OF STOCKTON and ANTHONY COOPER ("the Parties"), by and through their undersigned counsel of record, respectfully submit the following report to the Court:

Plaintiffs' counsel can now obtain from Co-Plaintiff Sophia Ortega, who was extremely

distraught over the untimely and tragic passing of her brother, Co-Plaintiff Marcelo Ortega ("Decedent"), or from one of the Decedent's co-successors in interest, a legally effective statement noting the death of Plaintiff Marcelo Ortega (Decedent); it is expected this will be filed and served on the parties, under Federal Rule Civil Procedure 5(b), and on the non-party representatives, under Federal Rule Civil Procedure 4, by the end of this week – i.e., no later than September 4, 2026.

Plaintiffs' counsel has also been able to identify the non-party representative co-successors in interest to Decedent, pursuant to California Code of Civil Procedure § 377.11, who are the Decedent's parents; one or both wish to pursue the Decedent's claims, pursuant to California Code of Civil Procedure § 377.34(b).

The next step after the filing of the statement noting the death of Plaintiff Marcelo Ortega will be the filing of a motion to substitute the proper parties in Decedent's stead, which must be filed within 90 days of the impending service of the statement noting his death, in accordance with Federal Rule of Civil Procedure 25(a)(1).

Once all the above is complete and the proper parties have been substituted, the stay should be lifted and briefing on the pending motion to dismiss, ECF No. 16, can resume.

Based on the foregoing, the Parties stipulate and request, in accordance with the Court's Order on the prior stipulation, ECF No. 20, that the following briefing schedule be set on the pending motion to dismiss:

Plaintiffs' opposition to the pending motion, ECF No. 16, shall be filed within 21 days of an order from the Court granting a motion to substitute the proper parties in Decedent's stead.

Defendants' reply to Plaintiffs' opposition shall be filed within 14 days of Plaintiffs' opposition.

The Parties will, either before the briefing is completed or after its completion, thereafter request that the motion be placed on the calendar for a hearing on a date that is convenient for the Court and counsel for the Parties.

//

//

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: September 2, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT**
**-and-**
**PEREIRA LAW, APC**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorney for Plaintiffs

Dated: September 2, 2026

**ORBACH HUFF & HENDERSON LLP**

*/s/ Kevin E. Gilbert**
By: KEVIN E. GILBERT
Attorney for CITY Defendants

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

**ORDER**

Having read the stipulation of the Parties, by and through their respective attorneys of record, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' opposition to the pending motion, ECF No. 16, shall be filed within 21 days of an order from the Court granting a motion to substitute the proper parties in the Decedent's stead.

Defendants' reply to Plaintiffs' opposition shall be filed within 14 days of Plaintiffs' opposition.

The Parties shall meet and confer, either before the briefing is completed or after its completion, and request that the motion be placed on the Court's calendar for a hearing on a Thursday, at 1:30 p.m., when the Court regularly hears motions, not sooner than four weeks after the briefing is completed and which is convenient for counsel for the Parties.

**IT IS SO ORDERED.**

Dated: September 2, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE